**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-261-MR-DCK**

| | | |
|---|---|---|
| SILVERSTONE APARTMENTS, LLC, AS SUCCESSOR IN INTEREST TO J.S. PROCTOR CO., INDIVIDUALLY AND AS AUTHORIZED AGENT FOR SILVERSTONE ASSOCIATES GENERAL PARTNERSHIP, | ) ) ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **ORDER** |
| **v.** | ) ) | |
| CHUBB CUSTOM INSURANCE COMPANY, | ) ) | |
| **Defendant.** | ) ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Consent Motion to Stay" (Document No. 4). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is ripe for disposition.

Having carefully considered the motion, and noting Plaintiff's consent, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion to Stay" (Document No. 4) is **GRANTED**, and all proceedings in this matter are hereby stayed through **July 21, 2008**.

**IT IS FURTHER ORDERED** that if the parties have not filed a stipulation of dismissal on or before **July 21, 2008**, Defendant's Answer will be due **July 22, 2008**.

Signed: July 1, 2008

David C. Keesler
United States Magistrate Judge