IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-261-MR-DCK

| | |
|---|---|
| SILVERSTONE APARTMENTS, LLC, AS SUCCESSOR IN INTEREST TO J.S. PROCTOR CO., INDIVIDUALLY AND AS AUTHORIZED AGENT FOR SILVERSTONE ASSOCIATES GENERAL PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> CHUBB CUSTOM INSURANCE COMPANY, <br><br> Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Extend Order Staying Case" (Document No. 6) filed July 21, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion, and noting the parties have resolved this matter and are in the process of executing closing documents, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Extend Order Staying Case" (Document No. 6) is **GRANTED**. This matter is stayed through and including **August 5, 2008**. Further extensions in this matter are unlikely.

Signed: July 21, 2008

David C. Keesler
United States Magistrate Judge